# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM D. MORRIS**, | : | **CIVIL ACTION NO. 1:01-CV-1729** |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DONALD H. RUMSFELD**, | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 18th day of November, 2005, upon consideration of the mandate (Doc. 35) issued by the United States Court of Appeals for the Third Circuit, and following a telephone conference with counsel for the parties, it is hereby ORDERED that counsel for the parties shall confer on a proposed pretrial schedule and shall submit a joint proposal to the court on or before December 12, 2005. The proposal should address any delay necessitated by plaintiff's anticipated petition for writ of certiorari.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge