IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM D. MORRIS**, | : | CIVIL ACTION NO. 1:01-CV-1729 |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DONALD H. RUMSFELD**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of December, 2005, upon consideration of the correspondence dated December 12, 2005, in which both parties request a stay in the proceedings until the United States Supreme Court rules on the anticipated petition for writ of certiorari, it is hereby ORDERED that:

1. The Clerk of Court is directed to docket the correspondence as a joint motion for a stay of the proceedings.

2. The correspondence, construed as a joint motion for a stay of the proceedings in this case, is GRANTED as so construed.

3. The proceedings in the above-captioned case are STAYED pending the Supreme Court's ruling on the anticipated petition for writ of certiorari.

4. Within thirty (30) days of the Supreme Court's ruling on the anticipated petition for writ of certiorari, the parties shall confer on a proposed pretrial schedule and shall submit a joint proposal to the court.

　　　　　　　　　　　　　　　　　　　　  /s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　United States District Judge